**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6185**

DAVID MEYERS,

        Petitioner - Appellant,

    v.

U.S. ATTORNEY GENERAL,

        Respondent - Appellee.

**No. 19-6192**

DAVID MEYERS,

        Petitioner - Appellant,

    v.

U.S. ATTORNEY GENERAL; VIRGINIA GENERAL ASSEMBLY,

        Respondent - Appellee.

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, District Judge. (7:17-cv-00167-GEC-PMS; 7:17-cv-00075-GEC-PMS)

Submitted: July 11, 2019                       Decided: July 31, 2019

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Meyers, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, David Meyers appeals the district court's orders denying his postjudgment motions to seal. We have reviewed the record and find no abuse of discretion. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 599 (1978) (stating standard of review); *In re Application & Affidavit for a Search Warrant*, 923 F.2d 324, 326 (4th Cir. 1991) (same). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*